## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## NORTHERN DIVISION

**JOE HAND PROMOTIONS, INC.**           *

         Plaintiff           *

v.                                      *

**MEFBMS, INC**.                         *
**t/a LOONEYS PUB**
                         *

         Defendants           *           Civil Action # H02-CV-2554

        *     *     *     *     *

### STIPULATION

    The parties, by their undersigned Counsel, Stipulate that the time by which the Defendant's,

MEFBMS, Inc., William Larney and Edward Rusczewski must respond to the Plaintiff's Complaint,

and is hereby extended to and including September 10, 2002.

_Gerald J. O'Brien_
Gerald J. O'Brien, Esquire
9055 Comprints Court, Suite 340
Gaithersburg, Maryland 20877
301-208-9114

Attorney for Plaintiff

_Michael J. Moran_
Michael J. Moran, Esquire
1400 Front Avenue, Suite 202
Lutherville, Maryland 21093
410-828-4800

Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## NORTHERN DIVISION

| | | |
|---|---|---|
| **JOE HAND PROMOTIONS, INC.** | * | |
| Plaintiff | * | |
| v. | * | |
| **MEFBMS, INC.** **t/a LOONEYS PUB** | * | |
| | * | |
| Defendants | * | Civil Action # H02-CV-2554 |

\*        \*        \*        \*        \*        \*

### CERTIFICATE OF SERVICE

I hereby certify that a on this 9th day of September, 2002 a copy of the foregoing Stipulation was mailed first class, postage prepaid to Gerald J. O'Brien, Esquire at 9055 Comprints Court, Suite 340, Gaithersburg, Maryland 20877, Attorney for Plaintiff.

Michael J. Moran, Esquire
Law Offices of Michael J. Moran
1400 Front Avenue, Suite 202
Lutherville, Maryland 21093
410-828-4800

Attorney for Defendant